# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. **CR 99-00372-RMT-1** | Date June 30, 2008 |

Present: The Honorable **ROBBERT M. TAKASUGI, SENIOR U.S. DISTRICT JUDGE**

Interpreter None

| Linda Williams/Renee Fisher | Donna FitzSimons Rust | Beong Soo-Kim |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Michael Crawford | NOT | X | | 1) Ellen Barry, CJA | X | X | |

**Proceedings:** DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. SECTION 3582(c)(2)

    Case called.  Defendant is not present pursuant to Federal Rules of Criminal Procedure 43(b)(4).  Also present, defendant's co-counsel Lauren Eskenazi.  Court hears oral argument. **IT IS ORDERED** that defendant's motion for reduction of sentence is GRANTED and defendant's previously imposed sentence, on counts one and two of the Indictment, of imprisonment for 168 months is modified to time served and defendant's supervised release is reduced from five years to three years.

REFER TO SEPARATE AMENDED JUDGMENT ORDER

|  | 00 : 20 |
|---|---|
| Initials of Deputy Clerk | ljw |

cc: USM, BOP, USPO